*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, KIRKBY, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Teluride M. JONES**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202300228**

_____

Decided: 5 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 23 May 2023 by a special court-martial convened at Marine Corps Base Recruit Depot Parris Island, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 12 months, forfeiture of $1,278.00 pay per month for 12 months, and a bad-conduct discharge.[1]

For Appellant:
*Major Joshua P. Keefe, USMC*

---

[1] Appellant was credited with 169 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error[2], and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] We note that Appellant was not advised on the record of the maximum possible punishment for the offenses to which he was pleading guilty as required by Rule for Courts-Martial 910(c). However, we find no prejudice to Appellant as the punishment reflected in Appellant's negotiated plea agreement mirrored, where applicable, the jurisdictional maximum punishment of the court. We are therefore convinced that Appellant's pleas would not have changed. *See United States v. Olivares*, No. 201800125, 2020 CCA LEXIS 227 (N-M Ct. Crim. App. 2020 Jul. 8, 2020) (unpublished).

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.